852 A.2d 186

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v.
CARL DALEY, DEFENDANT–RESPONDENT.

June 30, 2004.

It is ORDERED that the motion for leave to appeal is granted; and it is further

ORDERED that the motion for summary disposition is granted, in part.  The matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits.